No. 98–5504. NOVOSAD *v.* NEW MEXICO BOARD OF MEDICAL EXAMINERS ET AL. C. A. 10th Cir. Certiorari denied. ■

No. 98–5505. NATHAN *v.* COOK, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5508. CHRISPEN *v.* JENNE, SHERIFF, BROWARD COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5514. LOWE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–5516. SIMPSON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5518. RIVERA *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 98–5520. VIEIRA *v.* CALDERON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5521. TRAINOR *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 98–5533. NEUMAN *v.* DUNCIL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–5542. ST. CLAIR *v.* HODGES, DISTRICT JUDGE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–5546. JEMZURA *v.* MUGGLIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–5547. BROWN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–5550. MILLER *v.* HAYS STATE PRISON ET AL. C. A. 11th Cir. Certiorari denied.